### IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| REGINA D. COATES | * |
| Plaintiff | * |
| V. | *   NO: 4:13CV00545 SWW |
| SOUTHWEST AIRLINES COMPANY | * |
| Defendant | * |

### ORDER

Plaintiff Regina D. Coates ("Coates"), proceeding *pro se*, brings this action against her former employer, Southwest Airlines Company, alleging violations of the Family and Medical Leave Act. By order entered January 10, 2013, United States Magistrate Judge J. Thomas Ray appointed attorney James Edward Patrick to represent Coates in this case. Now before the Court is Patrick's motion requesting permission to withdraw as counsel. The motion to withdraw and the matter of appointing new counsel, if necessary, is referred to Judge Ray for disposition.

IT IS SO ORDERED THIS 23rd DAY OF JANUARY, 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE