Case 4:13-cv-00545-SWW   Document 29   Filed 09/10/14   Page 1 of 1

## IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| REGINA D. COATES | * | |
| Plaintiff | * | |
| V. | * | NO: 4:13CV00545 SWW |
| SOUTHWEST AIRLINES COMPANY | * | |
| Defendant | * | |

### ORDER

Pending before the Court an application by attorney Phyllis B. Eddins, for the reimbursement of out-of-pocket expenses (ECF No. 28, filed under seal). Having considered the application pursuant to the guidelines and policies of the Library Fund, the Court orders that the Clerk of the Court disburse money from the Library Fund in the amount of $2.968.82 and distribute it to the named applicant. A copy of this Order, together with the application, shall be placed in the Library Fund file maintained by the Clerk of the Court.

IT IS SO ORDERED THIS 10TH DAY OF SEPTEMBER, 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE