IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| REGINA D. COATES | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | NO: 4:13CV00545 SWW |
| | * | |
| SOUTHWEST AIRLINES COMPANY | * | |
| | * | |
| Defendant | * | |

**ORDER**

Plaintiff commenced this employment dispute *pro se*, and the Court appointed attorney Phyllis B. Eddins to represent her. Now before the Court is Plaintiff's motion pursuant to Local Rule 83.6,[1] seeking pre-authorization to incur out-of-pocket expenses in connection with a deposition planned for September 11, 2014 (ECF No. 28, filed under seal). Plaintiff has fully complied with the requirements of Local Rule 83.6, and the motion for preauthorization (ECF No. 28) is GRANTED.

IT IS SO ORDERED THIS 10TH DAY OF SEPTEMBER, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] Under Local Rule 83.6, reimbursement of out-of-pocket expenses of appointed counsel may be paid from monies derived from annual fees paid by attorneys admitted to practice before the Court. Rule 83.6(5) states that an application for disbursement from the fund must be made in accordance with policies and guidelines contained in Exhibit A to Rule 83.6. Subsection two (2) of the policies and guidelines states that before an attorney "expends $500 for which that attorney intends to see reimbursement from the fund, written approval must be obtained from a district court judge or a magistrate judge." Subsection four (4) of the policies and guidelines requires that requests for approval of expenditures contain, among other things, a "detailed itemization of all costs and expenses for which the disbursement or expenditure is requested." Additionally, subsection three (3) of the Rule states that before the Court may authorize an expenditure in excess of $500, the district judge or magistrate judge shall inquire of the Clerk of the Court as to the impact of the proposed expenditure on the fund.