# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| REGINA D. COATES | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | NO: 4:13CV00545 SWW |
| | * | |
| SOUTHWEST AIRLINES COMPANY | * | |
| | * | |
| | * | |
| Defendant | | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 5TH DAY OF FEBRUARY, 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE